

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2021

No. 04-21-00403-CR

Juan Ruben Sanchez **CERDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-372
Jose Roberto (Bobby) Flores, Judge Presiding

# O R D E R

The trial court imposed sentence in the underlying cause on April 22, 2015. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on May 22, 2015. *See* TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on June 6, 2015. *See id.* R. 26.3. Appellant filed a notice of appeal on September 22, 2021. He did not file a motion for extension of time.

A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). A late notice of appeal may be considered timely so as to invoke a court of appeals' jurisdiction if (1) it is filed within fifteen days of the last day allowed for filing, (2) a motion for extension of time is filed in the court of appeals within fifteen days of the last day allowed for filing the notice of appeal, and (3) the court of appeals grants the motion for extension of time. *See id*. Having reviewed the record, it appears that the notice of appeal was untimely filed, and no motion for extension of time was filed. It is therefore ORDERED that appellant show cause in writing within ten days from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure).

_____

Rebeca C. Martinez, Chief Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2021.

_____

Michael A. Cruz,
Clerk of Court